# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>        Petitioner,<br><br>    v.<br><br>C.D.C.R., BOARD OF PAROLE HEARINGS, et al.,<br><br>        Respondents. | 1:08-CV-00220 AWI GSA HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION<br>[Doc. #8] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On March 10, 2008, the undersigned issued an order summarily dismissing the petition as successive and for failure to exhaust state remedies. The Clerk of Court entered judgment on the same date.

      On March 31, 2008, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

      Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud

(whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner's arguments are completely without merit. He argues that the portion of his petition challenging the June 28, 2006, parole revocation in Kings County is not successive of his prior petitions. He is wrong. As stated in the Court's order, he has sought relief with respect to the June 28, 2006, hearing in at least three cases. See 1:07-CV-01398 AWI SMS HC; 1:07-CV-01561 LJO WMW HC; 1:07-CV-01615 LJO WMW HC. His argument is clearly frivolous.

He also argues that he has exhausted his state remedies with respect to the Rules Violation Report issued on December 31, 2007. In support of his argument he submits a copy of a petition filed with the California Supreme Court on January 18, 2008. Petitioner acknowledges the petition is still pending before the California Supreme Court; therefore, it is obviously unexhausted.

Accordingly, Petitioner's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:     April 16, 2008**                              **/s/ Anthony W. Ishii**
                                                    UNITED STATES DISTRICT JUDGE