UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:08-CV-00220 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION TO VACATE JUDGMENT |
| v. | ) | [Doc. #17] |
| | ) | |
| C.D.C.R., BOARD OF PAROLE HEARINGS, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 10, 2008, the undersigned issued an order summarily dismissing the petition as successive and for failure to exhaust state remedies. The Clerk of Court entered judgment on the same date.

On May 29, 2008, Petitioner filed a motion for reconsideration pursuant to Federal Rules of Civil Procedure § 60(b).

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure,

> the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud

(whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged, or a prior judgment upon which it is based has been reversed or otherwise vacated, or it is no longer equitable that the judgment should have prospective application; or (6) any other reason justifying relief from the operation of the judgment.

Petitioner contends the action should be reopened since he has recently exhausted his state remedies. His arguments are not persuasive. Petitioner has not provided evidence that he exhausted his state remedies prior to the court dismissing this action. If indeed Petitioner has now exhausted his state remedies with respect to the Rules Violation Report, he must file a new petition.

Accordingly, Petitioner's Motion for Reconsideration is DENIED.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                              **/s/ Anthony W. Ishii**
                                              UNITED STATES CHIEF DISTRICT JUDGE